

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BASMATTIE (MARY) BASSIT,

        Plaintiff,

v.                                  Case No.:6:03-cv-225-Orl-28KRS

BRAMBLES ENTERPRISES, INC., and,
BRAMBLES INDUSTRIES, INC., d/b/a
CHEP, USA,

        Defendants.
_____

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

        I hereby disclose the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

1.)    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

        a.    Wayne Helsby, Esquire
                ALLEN, NORTON & BLUE, P.A.
                201 South Orange Ave., Suite 900
                Orlando, Florida 32801
                (407) 843-0437 Telephone
                Attorney for Defendants

        b.    Mark L. Van Valkenburgh
                ALLEN, NORTON & BLUE, P.A.
                201 South Orange Ave., Suite 900
                Orlando, Florida 32801
                (407) 843-0437 Telephone
                Attorney for Defendants



    c.    ALLEN, NORTON & BLUE, P.A.
201 South Orange Ave., Suite 900
Orlando, Florida 32801
(407) 843-0437 Telephone
Attorneys for Defendants

    d.    Denise I. Murphy, Esquire
PEPE & HAZARD LLP
150 Federal Street
Boston, MA 02110-1745
(617) 695-9090 Telephone
Attorney for Defendants

    e.    Katharine Pacella Costello, Esquire
PEPE & HAZARD LLP
150 Federal Street
Boston, MA 02110-1745
(617) 695-9090 Telephone
Attorney for Defendants

    f.    PEPE & HAZARD LLP
150 Federal Street
Boston, MA 02110-1745
(617) 695-9090 Telephone
Attorneys for Defendants

    g.    CHEP USA

    h.    Joseph N. Lott, Esquire
Bogin, Munns & Munns
2601 Technology Drive
P.O. Box 2807
Orlando, FL 32802
Attorney for Plaintiff

    i.    Basmattie (Mary) Bassit

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

None

2

KPC/32112/4/535212v1
03/16/03-BOS/

4.)     the name of each victim (individual and corporate), including every person who may be entitled to restitution:

     a.     Basmattie (Mary) Bassit (allegedly)

5.)     Check one of the following:

   __X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

                             **-or-**

   _____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Dated: March 17, 2003

                                       _____
                                       Wayne Helsby, Esquire
                                       Florida Bar No.: 362492
                                       ALLEN, NORTON & BLUE, P.A.
                                       201 South Orange Ave., Suite 900
                                       Orlando, Florida 32801
                                       (407) 843-0437  Telephone
                                       (407) 422-7368  Facsimile

                                       Denise I. Murphy, Esquire
                                       Massachusetts BBO No. 552865
                                       Katharine Pacella Costello, Esquire
                                       Massachusetts BBO No. 634583
                                       PEPE & HAZARD LLP
                                       150 Federal Street
                                       Boston, MA 02110-1745
                                       (617) 695-9090  Telephone
                                       (617) 692-9255  Facsimile
                                       Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Certificate of Interested Persons has been served by U.S. Mail upon, Joseph N. Lott, Esquire, Bogin, Munns & Munns, P.O. Box 2807, Orlando, Florida 32802 this 17th day of March, 2003.

                                       _____
                                             Attorney

KPC/32112/4/535212v1
03/16/03-BOS/